IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA PICA,

        Plaintiff,

                                  Case No. 2:09-cv-4103-AB

v.

COLLECTCORP CORPORATION,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Collectcorp Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                  Respectfully submitted,

                                  /s/  Peter R. Rosenzweig

Date:  October 6, 2009

                                Peter R. Rosenzweig, Esq.
                                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                1818 Market Street, Suite 3510
                                Philadelphia, PA  19103-3636
                                Phone:        (215) 832-3602
                                Facsimile:    (215) 832-3607
                                prosenzweig@sessions-law.biz

                                Attorneys for Defendant,
                                Collectcorp Corporation

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of October 2009, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including:

Bruce K. Warren, Esq.
Brent F. Vullings, Esq.
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111

/s/  Peter R. Rosenzweig

PETER R. ROSENZWEIG

N:\Collectcorp Corporation (9241)\Pica, Jessica (9241-09-25102)\Pleadings\Notice of Pending Settlement.doc