UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA PICA** ) | Case Number: 09-4103 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | |
| **COLLECTCORP CORPORATION** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **Defendant** ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, JESSICA PICA, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Bruce K. Warren
            Bruce K. Warren, Esquire
            Attorney for Plaintiff
            Attorney I.D. #89677
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA  19111
            215-745-9800